FILED
08 JAN 28 PM 3:57

[illegible court stamp]
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thomas D. Strow, Plaintiff,

vs.

M. Martel (Warden), Defendant.

CASE NO. C 08-0629 CRB (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Thomas D. Strow, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____    - 1 -

2004 Supp. App. 14-B, p.33

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _3/2004 self Employed Estimated Average of_
5  _$500⁰⁰ per month Gross $450 net to the_
6  _best of my recollection_

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a. Business, Profession or     Yes ___ No ✓
10       self employment
11    b. Income from stocks, bonds,     Yes ___ No ✓
12       or royalties?
13    c. Rent payments?     Yes ___ No ✓
14    d. Pensions, annuities, or     Yes ___ No ✓
15       life insurance payments?
16    e. Federal or State welfare payments,     Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3. Are you married?     Yes ✓ No ___
24 Spouse's Full Name: _Lindy R. Strow_
25 Spouse's Place of Employment: _Unknown_
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _Unknown_     Net $ _Unknown_
28 4.    a. List amount you contribute to your spouse's support: $ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  __X.S.__ __5__ not able to provide support
     initials age
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ——0——    Utilities: ——0——
23 Food: $ ——0——    Clothing: ——0——
24 Charge Accounts:
25 Name of Account      Monthly Payment       Total Owed on This Acct.
26 __N/A__           $ _____          $ _____
27 _____        $ _____          $ _____
28 _____        $ _____          $ _____    9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.)
3  _Restitution $4200.00_ _____
4  _Student Loan $6000.00 (Estimate)_ _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _January 10, 2008_           _Thomas D Strow_
17        DATE                    SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>THOMAS STROW</u> for the last six months at

<u>MULE CREEK</u> [prisoner name]

where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>0</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>0</u>.

Dated: 1/7/08

_____
[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                              REPORT DATE: 01/07/08
                                                    PAGE NO:         1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                          MULE CREEK STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 07, 2008

ACCOUNT NUMBER  : V47104                BED/CELL NUMBER: C1100000000248U
ACCOUNT NAME    : STROU, THOMAS DANIEL  ACCOUNT TYPE:  I
PRIVILEGE GROUP : B

                         TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                      CURRENT HOLDS IN EFFECT

 DATE    HOLD
PLACED   CODE    DESCRIPTION          COMMENT       HOLD AMOUNT
------   ----    -----------          -------       -----------
09/22/2006 H107  POSTAGE HOLD         POST 1040            0.24
05/15/2007 H107  POSTAGE HOLD         0514 4194            0.02

                      TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS     TRANSACTIONS
 BALANCE    DEPOSITS  WITHDRAWALS   BALANCE   BALANCE    TO BE POSTED
---------   --------  -----------   -------   -------    ------------
   0.00       0.00       0.00        0.00      0.26          0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                                0.26
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1.7.08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
   TRUST OFFICE