EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
PAMELA K. CRITCHFIELD
Deputy Attorney General
State Bar No. 168024
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5952
   Fax: (415) 703-1234
   Email: pamela.critchfield@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS DANIEL STROW,** | C 08-0629 CRB (PR) |
| Petitioner, | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPONSIVE PLEADING** |
| v. | |
| **M. MARTEL, Warden,** | |
| Respondent. | |

     For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a sixty (60) day extension of time, to and including September 24, 2008, within which to file an answer or otherwise responsive pleading to the petition for writ of habeas corpus, as required by this Court's Order to Show Cause filed May 27, 2008. This application is based on the file in this case and the accompanying declaration of Pamela K. Critchfield. A stipulation has not been sought. Petitioner is in custody in state prison and is not represented by counsel.

Dated:  July 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Pamela K. Critchfield

PAMELA K. CRITCHFIELD
Deputy Attorney General

Attorneys for Respondent

20129451.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Thomas Daniel Strow v. Martel, Warden**

No.:    **C 08-0629 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 30, 2008, I served the attached

**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPONSIVE PLEADING;**

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPONSIVE PLEADING;**

**[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPONSIVE PLEADING**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Thomas D. Strow**
**V47104**
**Mule Creek State Prison**
**P.O. Box 409060**
**Ione, CA 95640**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 30, 2008, at San Francisco, California.

| | |
|---|---|
| J. Wong | J Wong |
| Declarant | Signature |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  PAMELA K. CRITCHFIELD
   Deputy Attorney General
6  State Bar No. 168024
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-3664
      Telephone: (415) 703-5952
8     Fax: (415) 703-1234
      Email: pamela.critchfield@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  | | |
    |---|---|
    | **THOMAS DANIEL STROW,** | C 08-0629 CRB (PR) |
    | Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPONSIVE PLEADING** |
    | v. | |
    | **M. MARTEL, Warden,** | |
    | Respondent. | |

19          I, PAMELA CRITCHFIELD, declare under penalty of perjury the following:

20          I am a Deputy Attorney General for the State of California and am responsible for the

21  preparation and filing of a response to this Court's Order to Show Cause filed May 27, 2008, which

22  directed respondent to file a response within 60 days or by July 26, 2008.  I request a sixty-day

23  extension of time, to an including September 24, 2008, within which to file my answer.  This is the

24  first extension of time request I have made.

25          I was unable to file a response by July 26, 2008,[1] because of the press of my caseload with

26

27  _____

28      1.  I was unable to file this request for an extension of time by July 26 because I mis-
    calendared the Order to Show Cause.

chronological precedence to this case.  Most significantly, I have been working for approximately 10 months on preparing the answer to a habeas corpus petition in the capital case of *Kristin Hughes v. Robert Ayers*, C 03-2666.  The case involved 133 issues and included almost 10,000 pages of transcripts.  In addition, I prepared the appellee's brief in the case of *Solis v. Knowles*, 07-16323, which is due in the Ninth Circuit in the next several weeks.

In addition, the state court record in this case has been ordered, but has not yet arrived in our San Francisco office.

Finally, I will be out of the office on vacation from August 10 through August 21 and will not be able to work on this case until after my return.

Accordingly, for the reasons set forth above, I request an extension of 60 days, to and including September 24, 2008, to prepare and file the answer or otherwise responsive pleading in this case.

Dated:  July 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Pamela K. Critchfield

PAMELA K. CRITCHFIELD
Deputy Attorney General

Attorneys for Respondent

20129452.wpd

Declaration of Counsel - C 08-0629 CRB (PR)

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8               SAN FRANCISCO DIVISION

9

| | |
|---|---|
| **THOMAS DANIEL STROW,** | C 08-0629 CRB (PR) |
| Petitioner, | **[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPONSIVE PLEADING** |
| **v.** | |
| **M. MARTEL, Warden,** | |
| Respondent. | |

15          IT IS HEREBY ORDERED that the time within which respondent is to respond to the

16 Order to Show Cause of May 27, 2008, and provide the relevant state court record, will be extended

17 to September 24, 2008.  Petitioner's traverse, if any, shall be filed and served within 30 days of

18 service of an answer or otherwise responsive pleading.

19          Dated:_____

20
21
22
23
24
25
26          _____
            CHARLES R. BREYER
27          United States District Judge
28

[Proposed] Order - C 08-0629 CRB (PR)

1