1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8        SAN FRANCISCO DIVISION

9

**THOMAS DANIEL STROW,**                      C 08-0629 CRB (PR)

10
                                  Petitioner,    ~~[PROPOSED]~~ **ORDER**
11                                               **EXTENDING TIME WITHIN**
                                                 **WHICH TO FILE ANSWER OR**
                    **v.**                       **OTHERWISE RESPONSIVE**
12                                               **PLEADING**
**M. MARTEL, Warden,**
13
                                  Respondent.
14

15          IT IS HEREBY ORDERED that the time within which respondent is to respond to the

16   Order to Show Cause of May 27, 2008, and provide the relevant state court record, will be extended

17   to September 24, 2008.  Petitioner's traverse, if any, shall be filed and served within 30 days of

18   service of an answer or otherwise responsive pleading.

19          Dated: August 4, 2008

20
21
22
23
24
25
26   CHARL
     United S
27                                           Judge Charles R. Breyer

28

[Proposed] Order - C 08-0629 CRB (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


THOMAS D. STROW,

               Plaintiff,

  v.

M. MARTEL et al,

               Defendant.

_____/

Case Number: CV08-00629 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Thomas D. Strow V47104
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: August 4, 2008

                                 Richard W. Wieking, Clerk
                                 By: Barbara Espinoza, Deputy Clerk