Thomas Daniel Strow
MCSP    CDCR# V47104
P.O. Box 409060
Ione, CA 95640

(In Pro Per)

FILED
08 SEP 10 PM 2:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIV

THOMAS DANIEL STROW )
             Petitioner, )
                         )   CASE No. C08-0629 CRB (PR)
                         )
V.                       )   MOTION FOR EXTENTION OF
                         )   TIME TO FILE TRAVERSE
M. MARTEL, Warden,       )
             Respondent, )
_____)

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE

PLEASE TAKE NOTICE: That as soon as this matter may be heard by the Court, the above named petitioner will move for an Extension of Time. For the reasons stated in the accompanying declaration, petitioner hereby requests a sixty day extension of time, to and including November 24, 2008 within which to file a traverse as required by this Courts Order Extending Time Within Which to File Answer Filed August 4, 2008

This motion is based on all the records and files listed under the above mentioned case number, and the attached declaration of the defendant.

DATE: September 4, 2008           RESPECTFULLY SUBMITTED,

                                  Thomas D. Strow

1       DECLARATION OF petitioner supporting motion for extension of time

2   I, Thomas Daniel Strow, hereby declare:

3 That I am the petitioner in this case in need of an extention of time to file traverse

4 in response to the Deputy Attorney General's Answer filed August 26, 2008, to

5 which petitioner has been directed to file and serve within 30 days of an

6 service of answer or otherwise responsive pleading. I request a sixty-day

7 extention of time to and including November 24, 2008 in which to file my

8 traverse. This is the first extention of time request I have made.

9 I assert that I am not trained in law, and am confined in state prison,

10 and have limited access to the law library for purposes of researching law

11 and preparing my traverse. I will thus need the extention of time to facilitate

12 the legal research and preparation necessary for filing and service of the

13 traverse.

14 Accordingly, I request an extention of 60 days, up to and including

15 November 24, 2008 to prepare and file the traverse in this case.

16

17

18

19                      **VERIFICATION**

20     I am the petitioner in the above cause of action, have read the statements herein,

21 and declare under penalty of perjury that upon information and belief these statements are

22 true and correct.

23

24 DATED: September 4, 2008         RESPECTFULLY SUBMITTED,

25

26

27                               Thomas D. Strow

28

## DECLARATION OF SERVICE BY MAIL

Case Name Thomas Daniel Strow v M. Martel, Warden            Case No. C 08-0629 CRB (PR)

I, Thomas D. Strow, am a resident of the State of California, Mule Creek State Prison (M.C.S.P.) at Ione, California, County of Amador, and I am at least 18 years of age and am a party to the within action. My mailing address is: P. O. Box 409060, Ione, California, 95640-9060.

On, September 4, 2008, I served a true and correct copy of the following documents:
Motion for Extention of Time to File Traverse

on each party listed below, by placing it in a sealed envelope with adequate postage or provided, and depositing said envelope in the institutional mail box, or turned said envelope in to custodial personnel for the United States Mail at Mule Creek State Prison, P. O. Box 409060, Ione, California, 95640-9060. Each party to the action has been duly served.

This copy is being mailed to:
Office of the Clerk, US Dist. Ct.
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

I have mailed additional copies to:
Department of Justice
Office of the Attny. Gen.
455 Golden Gate Ave. Ste 11000
San Francisco, CA 94102-3664

There is regular service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 4 day of September, 2008 at Ione, California.

Name (Signature): Thomas D. Strow            CDCR No. V47104

**M.C.S.P. MAIL ROOM ACKNOWLEDGEMENT OF MAILING**



T. Strow V
MCSP-C-15
P.O. Box 409060
Ione, CA 95640

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SEP 10 PM 2:42

POSTAGE DUE 41¢

Office of the Clerk
U.S. Dist. Ct.
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

c/o Sue                    9/4/08
_____